IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHLEEN L. ROBINSON RYBAR,
              Appellant,

        vs.

STEPHEN RYBAR,
              Respondent.

No. 82008

FILED

NOV 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
       Pecos Law Group
       Kelleher & Kelleher, LLC
       Mario D. Valencia
       Eighth District Court Clerk

20-41818